IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03163-RPM

CLARUS CORPORATION,

     Plaintiff,

v.

MBSL, INC.,

     Defendant.

_____

ORDER FOR DISMISSAL
_____

THIS MATTER having come before the Court on the Parties' Stipulation for Dismissal With Prejudice, and the Court being fully advised herein, hereby

ORDERS that this matter is dismissed in its entirety with prejudice. Each party is responsible for their own attorney fees and costs.

DATED:   May 10th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge